# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAINA DORSEY<br><br>                Plaintiff,<br>vs.<br><br>TD BANK, N.A.;<br><br>                Defendant. | Civil Action No. 1:17-cv-00074-RMB-JS |

## ENTRY OF APPEARANCE

TO:    Office of the Clerk of the Court
          **United States District Court**
          District of New Jersey

Please enter my appearance on behalf of Defendant TD Bank, N.A.

                                              **BROWN & CONNERY, LLP**
                                              *Attorneys for Defendant TD Bank, N.A.*

Dated: January 18, 2017              s/Susan M. Leming
                                              Susan M. Leming
                                              360 Haddon Avenue
                                              Westmont, NJ 08108
                                              (856) 854-8900
                                              *sleming@brownconnery.com*

2836547.v1

## **CERTIFICATE OF SERVICE**

I certify that the within Entry of Appearance was served this day by filing this document with the CM/ECF system, which electronically served the same on:

Stephen P. DeNittis, Esquire
**DENITTIS OSEFCHEN, P.C.**
525 Route 73 North – Suite 410
Marlton, New Jersey 08053
*Attorneys for Plaintiff*

Dated: January 18, 2017              s/  Susan M. Leming
                                     Susan M. Leming

2836547.v1